

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2022

No. 04-22-00387-CR

**EX PARTE** Franklin Jose Velasquez **MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10369CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

Appellant timely filed a notice appeal from the trial court's order denying his application for a pre-trial writ of habeas corpus. *See* TEX. R. APP. P. 31.1. Under Rule 25.2(a)(2), the trial court must enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or "other appealable order" and the certification must be included in the clerk's record. TEX. R. APP. P. 25.2(a)(2). Rule 25.2(a)(2) does not contain any language excluding a defendant's appeal of a pre-trial habeas ruling from these provisions. *See id.*; *see also Ex parte Matthews*, 452 S.W.3d 8, 12 (Tex. App.—San Antonio 2014, no pet.) (noting denial of relief in pre-conviction habeas corpus proceeding is immediately appealable "because the habeas proceeding is in fact considered a separate criminal action, and the denial of relief marks the end of the trial stage of that criminal action").

Accordingly, the trial court is ORDERED to promptly execute a written certification showing the defendant has the right to appeal the denial of his pre-trial application for writ of habeas corpus under Rule 25(a)(2). It is further ORDERED that the district clerk shall file a

supplemental clerk's record containing the trial court's certification of defendant's right to appeal **no later than ten (10) days** from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2022.



_____
Michael A. Cruz,
Clerk of Court